UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

EDWARD ZAKHARIA,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

No. CV 09–5670 JFW (AJW)

J U D G M E N T

  **IT IS ADJUDGED** that this action is dismissed without prejudice for lack of subject matter jurisdiction.

_____, 2010

/s/ John F. Walter
JOHN F. WALTER
United States District Judge